```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    SHEILA K. OBERTO
 3  Assistant U.S. Attorneys
    3654 Federal Building
 4  1130 "O" Street
    Fresno, California 93721
 5  Telephone: (559) 498-7272
```

**FILED**

MAR 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF:<br><br>291 N. Maple Avenue<br>Fresno, California 93702<br><br>115 S. Willow Avenue<br>Fresno California 93727<br><br>4530 E. Mono Street,<br>Fresno California 93702<br><br>346 S. Dearing Avenue<br>Fresno California 93702<br><br>820 North Street<br>Sanger California 93657<br><br>1638 10th Street<br>Sanger California 93657<br><br>622 Eastwood Avenue<br>Sanger California 93657 | S.W. NO.: 06SW00083<br><br>**UNDER SEAL**<br><br>ORDER SEALING SEARCH WARRANT AFFIDAVIT |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicant and affidavit in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A.

1

1  Boone, under seal, and good cause appearing therefor,

2      IT IS HEREBY ORDERED that the search warrant affidavit in
3  the above-entitled proceeding, together with the Application To
4  Seal of the United States Attorney and the accompanying
5  Memorandum of Points and Authorities and Declaration of Stanley
6  
7  A. Boone, shall be filed with the Court in camera, under seal
8  and shall not be disclosed pending further order of this court.

9

10

11  DATED: 3-31-06

12                            LAWRENCE J. O'NEILL
                          U.S. Magistrate Judge

1